Newton COCKERILL, Petitioner–
Appellant,

v.

W.F. DARIUS, Jr., Respondent–
Appellee.

No. 02–7609.

United States Court of Appeals,
Fourth Circuit.

Submitted Dec. 16, 2002.

Decided Dec. 23, 2002.

Newton Cockerill, Appellant Pro Se.

Before LUTTIG, MICHAEL, and
MOTZ, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

PER CURIAM.

Newton Cockerill, a federal prisoner, appeals the district court's order denying relief on his petition filed under 28 U.S.C. § 2241 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Cockerill v. Darius,* No. CA–02–119–5–FO (E.D.N.C. July 9, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*